## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-CR-14 |
| ) | |
| v. ) | |
| ) | |
| JORDAN LEE PERRIN ) | |
| ) | Electronically Filed |

### SENTENCING MEMORANDUM

AND NOW comes the Defendant Jordan Lee Perrin, by his attorney, Charbel G. Latouf, Esquire and respectfully avers as follows:

Consistent with the representations made in the Government's Sentencing Memorandum, an agreement has been reached for the mandatory minimum sentence of sixty months imprisonment and five years of supervised release with no restitution. Furthermore, in consideration of defendant's medical history and condition as outlined in the Presentence Investigation Report, we are requesting he be recommended to serve his sentence at FCI Elkton's adjacent low security satellite prison.

Lastly, counsel has attached a letter authored by the defendant as well as a character letter authored by Julie Barrett. As defendant has substantially cooperated with his current supervision for almost three years without any incidents, this Honorable Court should consider him as a low security inmate.

Respectfully Submitted,

By: _s/Charbel G. Latouf____
Charbel G. Latouf, Esquire
PA ID NO. 83455
2409 State Street, Suite A
Erie, PA  16503
(p) 814/454-4555 (f) 814-456-9398
charbel@latouflawfirm.com

Dated:  March 2, 2022